# United States District Court

For the

Southern District of Florida

Case Number: 1:13-cv-23709-CMA

**Maliby Media, LLC**

*Plaintiff*

**v.**

**Simon Luna**

*Defendant*

FILED by _____ D.C.
FEB 05 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

**Response to Summons in a civil action**

I, Simon Luna, defendant in the above styled cause, deny all allegations in all paragraphs of the Complaint. My household is constituted by 2 minors and I have no knowledge of procedures of what I had been accused.

Respectfully,

*Simon Luna*

7240 SW 162 CT MIAMI, FL 33193
PH: 786-230-6978

I, _____Simon Luna_____, certify that on this date __2/5/14__ a true copy of the foregoing document was mailed to M. Keith Lipscomb, Esq. - LIPSCOMB EISENBERG & BAKER, PL at 2 South Biscayne Blvd. Penthouse 3800 Miami, Fl 33131.